**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derrick Myron LLOYD, a.k.a. Rashad Abdul Hamid, a.k.a. Darryl Cunningham, Defendant–Appellant.**

**No. 08–14245
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 14, 2009.

Joseph Peter Van Heest, Montgomery, AL, for Defendant–Appellant.

Andrew O. Schiff, Montgomery, AL, for Plaintiff–Appellee.

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Joseph Van Heest, appointed counsel for Derrick Myron Lloyd in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). On May 15, 2009, we denied without prejudice counsel's motion, ordering counsel to file transcripts of the *voir dire* and jury selection proceedings. Following our May 15, 2009 order, counsel has demonstrated that he had already filed these transcripts before the issuance of our May 15, 2009 order. Consequently, we **VACATE** our May 15, 2009 order and consider the merits of counsel's motion to withdraw. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lloyd's conviction and sentence are **AFFIRMED.** Lloyd's motions for appointment of replacement counsel, and permission to file a second brief in case of inadvertent omissions from his first brief, are **DENIED AS MOOT.**

* Honorable David D. Dowd, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.